IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| IN RE | * | CASE NO. 23-00081/MCF |
| | * | |
| CANDIDO VAZQUEZ SANTIAGO | * | |
| XXX-XX-8170 | * | CHAPTER 13 |
| | * | |
| DEBTOR | | |

## DEBTOR'S NOTICE OF FILING OF *AMENDED SCHEDULES* "I "& "J" OFFICIAL FORM 106I & 106J

**TO THE HONORABLE COURT:**

**COMES NOW, CANDIDO VAZQUEZ SANTIAGO,** the Debtor in the above captioned case, through the undersigned attorney, and very respectfully states and prays as follows:

1.The Debtor is hereby submitting **Amended Schedules "I" and "J"**, dated February 23, 2023, herewith and attached to this motion.

2. The amendments to Schedules "I" and "J" are filed **to reflect Debtor's actual income and expenses**, in the above captioned case.

### NOTICE PURSUANT TO LOCAL BANKRUPTCY RULE 1009(b)

**Within thirty (30) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.**

## CERTIFICATE OF SERVICE

I CERTIFY, that on this same date a copy of this Notice was filed with the Clerk of the Court using the CM/ECF system which will send notice of same to the Chapter 13 Trustee, the US Trustee's Office, and to all CM/ECF participants; I also certify that a copy of this notice was sent via regular US mail to the Debtor and to all creditors and interested parties appearing in the master address list (CM/ECF non-participants), hereby attached.

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 27th day of February, 2023.

/s/*Roberto Figueroa Carrasquillo*
USDC #203614
RFIGUEROA CARRASQUILLO LAW OFFICE PSC
ATTORNEY for the DEBTOR
PO BOX 186 CAGUAS PR 00726
TEL NO 787-744-7699/787-963-7699
Email: rfc@rfigueroalaw.com

Fill in this information to identify your case:

Debtor 1: **CANDIDO VAZQUEZ SANTIAGO**

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the: DISTRICT OF PUERTO RICO, SAN JUAN DIVISION

Case number: 3:23-bk-81
(If known)

Check if this is:
☑ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:
_____
MM / DD/ YYYY

## Official Form 106I
## Schedule I: Your Income
12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

   | | Debtor 1 | Debtor 2 or non-filing spouse |
   |---|---|---|
   | Employment status | ☑ Employed <br> ☐ Not employed | ☐ Employed <br> ☐ Not employed |
   | Occupation | Security Guard | |
   | Employer's name | West Security Services Inc | |
   | Employer's address | PO Box 2083 <br> San Sebastian, PR 00685 | |
   | How long employed there? | 4 months | |

### Part 2: Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | $ 1,507.50 | $ N/A |
| 3. | **Estimate and list monthly overtime pay.** | +$ 0.00 | +$ N/A |
| 4. | **Calculate gross income.** Add line 2 + line 3. | $ 1,507.50 | $ N/A |

| Debtor 1 | VAZQUEZ SANTIAGO, CANDIDO | | Case number (if known) | 3:23-bk-81 |
|---|---|---|---|---|

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | Copy line 4 here | 4. | $ 1,507.50 | $ N/A |
| 5. | List all payroll deductions: | | | |
| 5a. | Tax, Medicare, and Social Security deductions | 5a. $ | 115.34 | $ N/A |
| 5b. | Mandatory contributions for retirement plans | 5b. $ | 0.00 | $ N/A |
| 5c. | Voluntary contributions for retirement plans | 5c. $ | 0.00 | $ N/A |
| 5d. | Required repayments of retirement fund loans | 5d. $ | 0.00 | $ N/A |
| 5e. | Insurance | 5e. $ | 0.00 | $ N/A |
| 5f. | Domestic support obligations | 5f. $ | 0.00 | $ N/A |
| 5g. | Union dues | 5g. $ | 0.00 | $ N/A |
| 5h. | Other deductions. Specify: Disability | 5h.+ $ | 4.52 | + $ N/A |
| 6. | Add the payroll deductions. Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. $ | 119.86 | $ N/A |
| 7. | Calculate total monthly take-home pay. Subtract line 6 from line 4. | 7. $ | 1,387.64 | $ N/A |
| 8. | List all other income regularly received: | | | |
| 8a. | Net income from rental property and from operating a business, profession, or farm Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. $ | 0.00 | $ N/A |
| 8b. | Interest and dividends | 8b. $ | 0.00 | $ N/A |
| 8c. | Family support payments that you, a non-filing spouse, or a dependent regularly receive Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. $ | 0.00 | $ N/A |
| 8d. | Unemployment compensation | 8d. $ | 0.00 | $ N/A |
| 8e. | Social Security | 8e. $ | 0.00 | $ N/A |
| 8f. | Other government assistance that you regularly receive Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. $ | 0.00 | $ N/A |
| 8g. | Pension or retirement income | 8g. $ | 0.00 | $ N/A |
| 8h. | Other monthly income. Specify: | 8h.+ $ | 0.00 | + $ N/A |
| 9. | Add all other income. Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. $ | 0.00 | $ N/A |
| 10. | Calculate monthly income. Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. $ | 1,387.64 + $ N/A | = $ 1,387.64 |
| 11. | State all other regular contributions to the expenses that you list in Schedule J. Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives. Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J. Specify: | | 11. +$ | 0.00 |
| 12. | Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income. Write that amount on the Summary of Schedules and Statistical Summary of Certain Liabilities and Related Data, if it applies | | 12. $ | 1,387.64 Combined monthly income |

13. Do you expect an increase or decrease within the year after you file this form?
   ☐ No.
   ■ Yes. Explain: NONE

Fill in this information to identify your case:

Debtor 1: **CANDIDO VAZQUEZ SANTIAGO**

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the: DISTRICT OF PUERTO RICO, SAN JUAN DIVISION

Case number: 3:23-bk-81
(If known)

Check if this is:
☒ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:
_____
MM / DD / YYYY

# Official Form 106J
## Schedule J: Your Expenses
12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Your Household

1. **Is this a joint case?**
   ☒ No. Go to line 2.
   ☐ Yes. Does Debtor 2 live in a separate household?
      ☐ No
      ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?** ☒ No
   Do not list Debtor 1 and Debtor 2.
   ☐ Yes. Fill out this information for each dependent.........
   Do not state the dependents names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**
   ☒ No
   ☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | Your expenses |
|---|---|
| 4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. $ 510.00 |
| If not included in line 4: | |
| 4a. Real estate taxes | 4a. $ 0.00 |
| 4b. Property, homeowner's, or renter's insurance | 4b. $ 0.00 |
| 4c. Home maintenance, repair, and upkeep expenses | 4c. $ 45.00 |
| 4d. Homeowner's association or condominium dues | 4d. $ 0.00 |
| 5. Additional mortgage payments for your residence, such as home equity loans | 5. $ 0.00 |

Official Form 106J      Schedule J: Your Expenses      page 1

Debtor 1    VAZQUEZ SANTIAGO, CANDIDO            Case number (if known)    3:23-bk-81

6. **Utilities:**
   - 6a. Electricity, heat, natural gas      6a. $ 75.00
   - 6b. Water, sewer, garbage collection      6b. $ 23.71
   - 6c. Telephone, cell phone, Internet, satellite, and cable services      6c. $ 62.00
   - 6d. Other. Specify:      6d. $ 0.00
7. **Food and housekeeping supplies**      7. $ 284.13
8. **Childcare and children's education costs**      8. $ 0.00
9. **Clothing, laundry, and dry cleaning**      9. $ 0.00
10. **Personal care products and services**      10. $ 55.00
11. **Medical and dental expenses**      11. $ 15.80
12. **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments.      12. $ 127.00
13. **Entertainment, clubs, recreation, newspapers, magazines, and books**      13. $ 15.00
14. **Charitable contributions and religious donations**      14. $ 0.00
15. **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20.
    - 15a. Life insurance      15a. $ 0.00
    - 15b. Health insurance      15b. $ 0.00
    - 15c. Vehicle insurance      15c. $ 0.00
    - 15d. Other insurance. Specify:      15d. $ 0.00
16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify:      16. $ 0.00
17. **Installment or lease payments:**
    - 17a. Car payments for Vehicle 1      17a. $ 0.00
    - 17b. Car payments for Vehicle 2      17b. $ 0.00
    - 17c. Other. Specify:      17c. $ 0.00
    - 17d. Other. Specify:      17d. $ 0.00
18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).**      18. $ 0.00
19. **Other payments you make to support others who do not live with you.** Specify:      19. $ 0.00
20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.**
    - 20a. Mortgages on other property      20a. $ 0.00
    - 20b. Real estate taxes      20b. $ 0.00
    - 20c. Property, homeowner's, or renter's insurance      20c. $ 0.00
    - 20d. Maintenance, repair, and upkeep expenses      20d. $ 0.00
    - 20e. Homeowner's association or condominium dues      20e. $ 0.00
21. **Other:** Specify:      21. +$ 0.00

22. **Calculate your monthly expenses**
    - 22a. Add lines 4 through 21.      $ 1,212.64
    - 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2      $
    - 22c. Add line 22a and 22b. The result is your monthly expenses.      $ 1,212.64

23. **Calculate your monthly net income.**
    - 23a. Copy line 12 *(your combined monthly income)* from Schedule I.      23a. $ 1,387.64
    - 23b. Copy your monthly expenses from line 22c above.      23b. -$ 1,212.64
    - 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.*      23c. $ 175.00

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?
    - ☐ No.
    - ■ Yes.    Explain here: NONE

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **CANDIDO** | **VAZQUEZ** | **SANTIAGO** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF PUERTO RICO, SAN JUAN DIVISION | | |
| Case number (if known) | 3:23-bk-81 | | |

■ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules 12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

■ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X /s/ Candido Vazquez Santiago                          X _____
CANDIDO VAZQUEZ SANTIAGO                              Signature of Debtor 2
Signature of Debtor 1

Date **February 23, 2023**                              Date _____

```
Label Matrix for local noticing            BANCO POPULAR DE PUERTO RICO (BD)        ORIENTAL BANK CCU
0104-3                                     BERMUDEZ & DIAZ LLP                      CCU BANKRUPTCY DEPARTMENT
Case 23-00081-MCF13                        PO BOX 362708                            PO BOX 364745
District of Puerto Rico                    SAN JUAN, PR 00936-2708                  SAN JUAN, PR 00936-4745
Old San Juan
Mon Feb 27 11:50:54 AST 2023

US Bankruptcy Court District of P.R.       BANCO POPULAR DE PUERTO RICO             Banco Popular de Puerto Rico
Jose V Toledo Fed Bldg & US Courthouse     BERMUDEZ & DIAZ LLC                      Bankruptcy Department
300 Recinto Sur Street, Room 109           PO BOX 362708                            PO Box 366818
San Juan, PR 00901-1964                    SAN JUAN, PUERTO RICO 00936-2708         San Juan, PR 00936-6818


Banco Popular de Puerto Rico               Citi                                     Firstbank Puerto Rico
Mortgage Servicing Department              PO Box 6190                              PO Box 11856
PO Box 362708                              Sioux Falls, SD 57117-6190               San Juan, PR 00910-3856
San Juan, PR 00936-2708


MONEY EXPRESS                              Oriental Bank                            Pentagon Federal Cr Un
CONSUMER SERVICE CENTER                    PO Box 195115                            PO Box 1432
BANKRUPTCY DIVISION (CODE 248)             San Juan, PR 00919-5115                  Alexandria, VA 22313-1432
PO BOX 9146, SAN JUAN PR 00908-0146


CANDIDO VAZQUEZ SANTIAGO                   JOSE RAMON CARRION MORALES               MONSITA LECAROZ ARRIBAS
EXT VILLA MARINA                           PO BOX 9023884                           OFFICE OF THE US TRUSTEE (UST)
111-A 1 STREET                             SAN JUAN, PR 00902-3884                  OCHOA BUILDING
GURABO, PR 00778                                                                    500 TANCA STREET SUITE 301
                                                                                    SAN JUAN, PR 00901


ROBERTO FIGUEROA CARRASQUILLO              End of Label Matrix
PO BOX 186                                 Mailable recipients    15
CAGUAS, PR 00726-0186                      Bypassed recipients     0
                                           Total                  15
```