IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| IN RE | * | BKRTCY. NO. 23-00081 MCF |
| | * | |
| CANDIDO VAZQUEZ SANTIAGO | * | CHAPTER 13 |
| | * | |
| DEBTOR | * | |

**DEBTOR'S NOTICE OF FILING *AMENDED FORM 122C-1 CHAPTER 13 STATEMENT OF YOUR CURRENT MONTHLY INCOME AND CALCULATION OF COMMITMENT PERIOD***

**TO THE HONORABLE COURT:**

**COMES NOW, CANDIDO VAZQUEZ SANTIAGO**, the Debtor in the above captioned case, through the undersigned attorney, and very respectfully states and prays as follows:

1. The Debtor is hereby submitting *Amended Form 122C-1 Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period*, dated March 30, 2023, herewith and attached to this motion.

2. The amendment to Form 122C-1 is filed to **include a gross income for the first half of the month of July, 2022 ($1,049.86) received during the "commitment period"**, in the present case.

**NOTICE PURSUANT TO LOCAL BANKRUPTCY RULE 1009(b)**

**Within thirty (30) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.**

## CERTIFICATE OF SERVICE

I CERTIFY, that on this same date a copy of this Notice was filed with the Clerk of the Court using the CM/ECF system which will send notice of same to the Chapter 13 Trustee, the US Trustee's Office, and all CM/ECF participants; I also certify that a copy of this notice was sent via regular US mail to the debtor and to all creditors and interested parties (Non-CM/ECF participants) appearing in the master address list, hereby attached.

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 30th day of March, 2023.

*/s/Roberto Figueroa Carrasquillo*
USDC #203614
RFIGUEROA CARRASQUILLO LAW OFFICE PSC
ATTORNEY for the DEBTOR
PO BOX 186 CAGUAS PR 00726
TEL NO 787-744-7699; 787-963-7699
Email: rfc@rfigueroalaw.com

| Fill in this information to identify your case: | | Check as directed in lines 17 and 21: |
|---|---|---|
| Debtor 1 | CANDIDO VAZQUEZ SANTIAGO | According to the calculations required by this Statement: |
| Debtor 2 (Spouse, if filing) | | ■ 1. Disposable income is not determined under 11 U.S.C. § 1325(b)(3). |
| United States Bankruptcy Court for the: | District of Puerto Rico, San Juan Division | ☐ 2. Disposable income is determined under 11 U.S.C. § 1325(b)(3). |
| Case number (if known) | 3:23-bk-81 | ■ 3. The commitment period is 3 years. |
| | | ☐ 4. The commitment period is 5 years. |
| | | ■ Check if this is an amended filing |

# Official Form 122C-1
## Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period           10/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known).

### Part 1: Calculate Your Average Monthly Income

1. **What is your marital and filing status?** Check one only.
   - ■ **Not married.** Fill out Column A, lines 2-11.
   - ☐ **Married.** Fill out both Columns A and B, lines 2-11.

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | | Column A Debtor 1 | Column B Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | Your gross wages, salary, tips, bonuses, overtime, and commissions (before all payroll deductions). | $ 1,211.14 | $ |
| 3. | Alimony and maintenance payments. Do not include payments from a spouse if Column B is filled in. | $ 0.00 | $ |
| 4. | All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support. Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Do not include payments from a spouse. Do not include payments you listed on line 3. | $ 0.00 | $ |
| 5. | Net income from operating a business, profession, or farm         Debtor 1 | | |
| | Gross receipts (before all deductions)                                           $ 0.00 | | |
| | Ordinary and necessary operating expenses                                  -$ 0.00 | | |
| | Net monthly income from a business, profession, or farm          $ 0.00 Copy here -> | $ 0.00 | $ |
| 6. | Net income from rental and other real property                   Debtor 1 | | |
| | Gross receipts (before all deductions)                                           $ 0.00 | | |
| | Ordinary and necessary operating expenses                                  -$ 0.00 | | |
| | Net monthly income from rental or other real property         $ 0.00 Copy here -> | $ 0.00 | $ |

|   | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|
| 7. Interest, dividends, and royalties | $ 0.00 | $ |
| 8. Unemployment compensation | $ 0.00 | $ |

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here:

For you                  $ 0.00
For your spouse          $

9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to the extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title.     $ 0.00    $

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act; payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below.

   **Nutritional Assistance Program (PAN)**     $ 105.00    $
                                                 $ 0.00      $
   Total amounts from separate pages, if any.  +$ 0.00      $

11. **Calculate your total average monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.   $ 1,316.14  + $ _____ = $ 1,316.14

Total average monthly income

## Part 2: Determine How to Measure Your Deductions from Income

12. Copy your total average monthly income from line 11.                                 $ 1,316.14
13. **Calculate the marital adjustment.** Check one:

    ■ You are not married. Fill in 0 below.
    ☐ You are married and your spouse is filing with you. Fill in 0 below.
    ☐ You are married and your spouse is not filing with you.

       Fill in the amount of the income listed in line 11, Column B, that was NOT regularly paid for the household expenses of you or your dependents, such as payment of the spouse's tax liability or the spouse's support of someone other than you or your dependents.

       Below, specify the basis for excluding this income and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page.

       If this adjustment does not apply, enter 0 below.

       _____  $ _____
       _____  $ _____
                                +$ _____

       Total                      $ 0.00   Copy here=>   − 0.00

14. **Your current monthly income.** Subtract line 13 from line 12.                    $ 1,316.14

15. **Calculate your current monthly income for the year.** Follow these steps:
    15a. Copy line 14 here=>                                                           $ 1,316.14

|  |  |  |
|---|---|---|
| | Multiply line 15a by 12 (the number of months in a year). | x 12 |
| 15b. | The result is your current monthly income for the year for this part of the form. | $ 15,793.68 |

16. **Calculate the median family income that applies to you.** Follow these steps:

    16a. Fill in the state in which you live.  **PR**

    16b. Fill in the number of people in your household.  **1**

    16c. Fill in the median family income for your state and size of household.   $ 27,013.00
    To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

17. **How do the lines compare?**

    17a. ■ Line 15b is less than or equal to line 16c. On the top of page 1 of this form, check box *Disposable income is not determined under 11 U.S.C. § 1325(b)(3)*. **Go to Part 3.** Do NOT fill out *Calculation of Your Disposable Income* (Official Form 122C-2).

    17b. ☐ Line 15b is more than line 16c. On the top of page 1 of this form, check box *Disposable income is determined under 11 U.S.C. § 1325(b)(3)*. **Go to Part 3 and fill out Calculation of Your Disposable Income (Official Form 122C-2).** On line 39 of that form, copy your current monthly income from line 14 above.

**Part 3: Calculate Your Commitment Period Under 11 U.S.C. § 1325(b)(4)**

18. Copy your total average monthly income from line 11.   $ 1,316.14

19. **Deduct the marital adjustment if it applies.** If you are married, your spouse is not filing with you, and you contend that calculating the commitment period under 11 U.S.C. § 1325(b)(4) allows you to deduct part of your spouse's income, copy the amount from line 13.

    19a. If the marital adjustment does not apply, fill in 0 on line 19a.   -$ 0.00

    19b. Subtract line 19a from line 18.   $ 1,316.14

20. **Calculate your current monthly income for the year.** Follow these steps:

    20a. Copy line 19b   $ 1,316.14

    Multiply by 12 (the number of months in a year).   x 12

    20b. The result is your current monthly income for the year for this part of the form   $ 15,793.68

    20c. Copy the median family income for your state and size of household from line 16c   $ 27,013.00

21. **How do the lines compare?**

    ■ Line 20b is less than line 20c. Unless otherwise ordered by the court, on the top of page 1 of this form, check box 3, *The commitment period is 3 years*. Go to Part 4.

    ☐ Line 20b is more than or equal to line 20c. Unless otherwise ordered by the court, on the top of page 1 of this form, check box 4, *The commitment period is 5 years*. Go to Part 4.

**Part 4: Sign Below**

By signing here, under penalty of perjury I declare that the information on this statement and in any attachments is true and correct.

X /s/ CANDIDO VAZQUEZ SANTIAGO
**CANDIDO VAZQUEZ SANTIAGO**
Signature of Debtor 1

Date **March 30, 2023**
MM / DD / YYYY

If you checked 17a, do NOT fill out or file Form 122C-2.

If you checked 17b, fill out Form 122C-2 and file it with this form. On line 39 of that form, copy your current monthly income from line 14 above.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0104-3<br>Case 23-00081-MCF13<br>District of Puerto Rico<br>Old San Juan<br>Thu Mar 30 10:36:43 AST 2023 | BANCO POPULAR DE PUERTO RICO (BD)<br>BERMUDEZ & DIAZ LLP<br>PO BOX 362708<br>SAN JUAN, PR 00936-2708 | MONEY EXPRESS<br>MARIA M BENABE RIVERA<br>PO BOX 9146<br>SAN JUAN, PR 00908-0146 |
| ORIENTAL BANK CCU<br>CCU BANKRUPTCY DEPARTMENT<br>PO BOX 364745<br>SAN JUAN, PR 00936-4745 | US Bankruptcy Court District of P.R.<br>Jose V Toledo Fed Bldg & US Courthouse<br>300 Recinto Sur Street, Room 109<br>San Juan, PR 00901-1964 | BANCO POPULAR DE PUERTO RICO<br>BERMUDEZ & DIAZ LLC<br>PO BOX 362708<br>SAN JUAN, PUERTO RICO 00936-2708 |
| Banco Popular de Puerto Rico<br>Bankruptcy Department<br>PO Box 366818<br>San Juan, PR 00936-6818 | Banco Popular de Puerto Rico<br>Mortgage Servicing Department<br>PO Box 362708<br>San Juan, PR 00936-2708 | Citi<br>PO Box 6190<br>Sioux Falls, SD 57117-6190 |
| Firstbank Puerto Rico<br>PO Box 11856<br>San Juan, PR 00910-3856 | MONEY EXPRESS<br>CONSUMER SERVICE CENTER<br>BANKRUPTCY DIVISION (CODE 248)<br>PO BOX 9146, SAN JUAN PR 00908-0146 | Oriental Bank<br>Retail Operation & Collections<br>Box 364745,<br>San Juan, P.R. 00936-4745<br>Att.: Ramn A. Snchez Marrero 00936-4745 |
| Pentagon Federal Cr Un<br>PO Box 1432<br>Alexandria, VA 22313-1432 | CANDIDO VAZQUEZ SANTIAGO<br>EXT VILLA MARINA<br>111-A 1 STREET<br>GURABO, PR 00778 | JOSE RAMON CARRION MORALES<br>PO BOX 9023884<br>SAN JUAN, PR 00902-3884 |
| MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET SUITE 301<br>SAN JUAN, PR 00901 | ROBERTO FIGUEROA CARRASQUILLO<br>PO BOX 186<br>CAGUAS, PR 00726-0186 | End of Label Matrix<br>Mailable recipients 16<br>Bypassed recipients 0<br>Total 16 |