| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor 1 | CANDIDO VAZQUEZ-SANTIAGO | |
| Debtor 2 (Spouse, if filing) | | |
| United States Bankruptcy Court for the: | Old San Juan | District of Puerto Rico |
| Case number | 23-00081MCF | (State) |

## Official Form 410S1
# Notice of Mortgage Payment Change

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Banco Popular de Puerto Rico

**Court claim no.** (if known): 5

**Last 4 digits** of any number you use to identify the debtor's account: 7 9 8 5

**Date of payment change:** 07/01/2023
Must be at least 21 days after date of this notice

**New total payment:** $ 509.12
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:
   _____
   Current escrow payment: $ 47.59   New escrow payment: $ 46.50

### Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate account?**

   ☑ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:
   _____
   Current interest rate: _____% New interest rate: _____%
   Current principal and interest payment: $ _____  New principal and interest payment: $ _____

### Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☑ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect*.)
   Reason for change: _____
   Current mortgage payment: $ _____  New mortgage payment: $ _____

| Debtor 1 | CANDIDO | | VAZQUEZ-SANTIAGO | Case number (if known) | 23-00081MCF |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☒ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Irma López Natal
Signature

Date: 05/19/2023

Print: Irma López Natal
First Name  Middle Name  Last Name

Title: Bankruptcy Technician

Company: Banco Popular de Puerto Rico

Address: PO Box 362708
Number  Street
SAN JUAN, PR, 00936
City  State  ZIP Code

Contact phone: (787)723-0077

Email: ___

BANCO POPULAR

BANCO POPULAR DE PUERTO RICO
PO BOX 362708
SAN JUAN, PR 00936-2708
TELEPHONE: 1.800.981.1982

165
CANDIDO VAZQUEZ-SANTIAGO
HC 4 PO BOX 8402
COMERIO        PR 00782

Mortgage Loan: **7985**                                Date: May 16, 2023

IF YOU ARE IN BANKRUPTCY OR RECEIVED A DISCHARGE, THIS COMMUNICATION IS FOR INFORMATIONAL AND COMPLIANCE PURPOSES
CONSTITUTE AN ATTEMPT TO COLLECT, RECOVER OR OFFSET ANY DEBT OR IMPOSE PERSONAL LIABILITY AGAINST YOU. WE ACKNO
PAYMENTS ARE VOLUNTARY AND THAT THE CREDITOR CAN ONLY ENFORCE ITS RIGHTS AGAINST THE PROPERTY SECURING THE DEBT.

**ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT**

This account must be analyzed annually to determine whether enough funds are being collected, and whether the account has a shortage or surplus based on the anticipated activity.

**ACCOUNT HISTORY**

This statement shows the Escrow Account activity from 07/22 through 06/23. You may compare the account history with the projections disclosed in your Escrow Account Statement previously sent. The mortgage payment was $510.21 of which $462.62 was for principal and interest and $47.59 for the escrow account.

**ACCOUNT HISTORY from 07/22 to 06/23**

| Month Year | Projected Deposits | Deposits to Escrow Account | Projected Disbursements | Description | Disbursements | Projected Balance | Balance |
|---|---|---|---|---|---|---|---|
|  |  |  |  | Beginning Balance |  | $41.69 | $31.69 |
| 07/2022 | $47.52 | $47.59 | $0.00 |  | $0.00 | $89.21 * | $79.28 |
| 08/2022 | $47.52 | $47.59 | $0.00 |  | $0.00 | $136.73 * | $126.87 |
| 09/2022 | $47.52 | $47.59 | $0.00 |  | $0.00 | $184.25 * | $174.46 |
| 10/2022 | $47.52 | $0.00 | $0.00 |  | $0.00 | $231.77 * | $174.46 |
| 11/2022 | $47.52 | $47.59 | $0.00 |  | $0.00 | $279.29 * | $222.05 |
| 12/2022 | $47.52 | $142.77 | $0.00 |  | $0.00 | $326.81 * | $364.82 |
| 01/2023 | $47.52 | $0.00 | $0.00 |  | $0.00 | $374.33 * | $364.82 |
| 02/2023 | $47.52 | $47.59 | $0.00 |  | $0.00 | $421.85 * | $412.41 |
| 03/2023 | $47.52 | $95.18 | $0.00 |  | $0.00 | $469.37 * | $507.59 |
| 04/2023 | $47.52 | $0.00 | $0.00 |  | $0.00 | $516.89 * | $507.59 |
| 05/2023 | $47.52 | $47.59 | $250.00 | Hazard Insurance | $249.00 | $314.41 * | $306.18 |
| 06/2023 | $47.52 | $47.59 | ** $320.26 | Mortgage Insurance | $310.69 ** | $41.67 * | $43.08 |

Total Deposits to Escrow                                                 $571.08
Total Tax Disbursements made                                             $0.00
Total Insurance Disbursements made                                       $559.69

(*) indicate a difference with the previous estimated statement, either in the date or the amount.

(**) For purposes of the account history, these payments and disbursements have not been received or paid, but it is presumed that they will be received or paid on the corresponding dates and amounts.

In the last analysis, we projected that Escrow Account disbursements made during this period would be $570.26. This information was disclosed in your previous Escrow Account Analysis under the section *Projections for Next Year*. Under Federal Law, the lowest

SURSPRD-5/17/23-165

**BANCO POPULAR**

BANCO POPULAR DE PUERTO RICO
PO BOX 362708
SAN JUAN, PR 00936-2708
TELEPHONE:     1.800.981.1982

monthly account balance should not have exceeded        $41.67 or one-sixth (1/6) of your total projected annual disbursements. Your actual monthly balance was greater than $41.67. The items identified with an asterisk in the account history may explain the reason for this. For additional information, contact Customer Service at our toll-free number.

**ACCOUNT PROJECTIONS FOR NEXT YEAR from 07/23 to 06/24**

Below we provide you a projection of the activity for the escrow account based on the estimate disbursements to be made during the next year.

| Month/Year | Projected Deposits | Projected Disbursements | Description | Projected Balance |
|---|---|---|---|---|
|  |  |  | Beginning Balance | $41.51 |
| 07/2023 | $46.64 | $0.00 |  | $88.15 |
| 08/2023 | $46.64 | $0.00 |  | $134.79 |
| 09/2023 | $46.64 | $0.00 |  | $181.43 |
| 10/2023 | $46.64 | $0.00 |  | $228.07 |
| 11/2023 | $46.64 | $0.00 |  | $274.71 |
| 12/2023 | $46.64 | $0.00 |  | $321.35 |
| 01/2024 | $46.64 | $0.00 |  | $367.99 |
| 02/2024 | $46.64 | $0.00 |  | $414.63 |
| 03/2024 | $46.64 | $0.00 |  | $461.27 |
| 04/2024 | $46.64 | $0.00 |  | $507.91 |
| 05/2024 | $46.64 | $249.00 | Hazard Insurance | $305.55 |
| 06/2024 | $46.64 | $310.69 | Mortgage Insurance | $41.50 |

The ending account history balance is    $43.08 . The projected beginning balance for next year is    $41.51 . This means that the escrow account has a surplus of    $1.57 .

A surplus less than $50 could be reimbursed to the borrower or could be retained to be deposited to next year escrow account. **We will retain the surplus to be deposited to next year escrow account which will reduce the payment amount during the next 11 months.**

Your new periodic payment effective  July 01, 2023 will be $509.12 as detailed below:

| | |
|---|---|
| Payment Information: | |
| Principal & Interest | $462.62 |
| Escrow | $46.64 |
| Optional Insurance | $0.00 |
| Miscellaneous | $0.00 |
| Subsidy/Replacement Reserve | $0.00 |
| Surplus/shortage adjustment until    05 /2024 | $-0.14 |
| Total Payment | $509.12 |

After application of the surplus/shortage adjustment, effective on    06 /2024  your periodic payment will be   $ 509.26 . If the loan has a variable interest rate, the mortgage payment may change prior to the next annual escrow analysis according to the new interest rate.

Keep this statement for comparison with the actual activity in your account at the end of the next escrow account computation year.

For more information regarding this escrow account analysis, you may contact our Mortgage Servicing Division, Customer Services, Monday through Friday from 8:00 a.m. to 8:00 p.m. and Saturday from 8:00 a.m. to 1:00 p.m. at 787.775.1100 or toll-free at 1.800.981.1982.

SURSPRD-5/17/23-165

**CERTIFICATE OF SERVICE**

It is hereby certified that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all CM/ECF participants, including but not limited to **Monsita Lecaroz Arribas, Esq.**, Office of the US Trustee, to the Chapter 13 Trustee, to Debtor(s) Attorney.

**/s/Tania M. Vázquez Maldonado**
Attorney for BPPR

**s/Reggie Díaz Hernández**
Attorney for BPPR